IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL STEINOCHER,

        Plaintiff,                  No. 2:12-cv-00467 DAD P

    vs.

CHRISTOPHER SMITH, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to Magistrate Judge jurisdiction in this action pursuant to 28 U.S.C. § 636(c).  <u>See</u> Doc. No. 4.

        A recent court order was served on plaintiff's address of record and returned by the U.S. Postal Service as undeliverable.  It therefore appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change.  More than sixty-three days have passed since the court order was returned by the postal service and plaintiff has failed to notify the Court of a current address.

/////

/////

/////

1         Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
2 prejudice for failure to prosecute. <u>See</u> Local Rule 183(b).
3 DATED: February 27, 2013.

                                      /s/ Dale A. Drozd
                                      DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

DAD:4
stei467.33a