UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL STEINOCHER, | No. 2:12-cv-0467 JAM DAD P |
| Plaintiff, | |
| v. | ORDER |
| CHRISTOPHER SMITH et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 17, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 17, 2015, are adopted in full;

2. Defendants' motion to dismiss (Doc. No. 18) is denied; and

1

3. Within thirty days of the date of this order, defendants shall file an answer to plaintiff's complaint.

DATED: May 14, 2015

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE