1
2
3
4
5
6
7
8
IN THE UNITED STATES DISTRICT COURT
9
FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11

12

13

14

15

16

17

**DANIEL STEINOCHER,**

Plaintiff,

v.

**CHRISTOPHER SMITH, et al.,**

Defendants.

Case No. 2:12-cv-00467 JAM AC (TEMP) P

**ORDER GRANTING DEFENDANTS'
MOTION TO MODIFY SCHEDULING
ORDER**

18      Defendants have filed a motion to modify the scheduling order in this case to allow them an

19  additional seven days to file a motion for summary judgment.  Good cause appearing, IT IS

20  HEREBY ORDERED that:

21      1.  Defendants' motion to modify the scheduling order in this case (ECF No. 45) is granted;

22      2.  Defendants shall file any motion for summary judgment on or before March 11, 2016;

23  and

24      3.  Except as stated in this order, the court's June 23, 2015, scheduling order remains in

25  effect.

26  DATED: March 7, 2016

27

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

28