IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL STEINOCHER,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CHRISTOPHER SMITH, et al.,**<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:12-cv-00467 JAM AC (TEMP) P<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER** |

　　　Defendants have filed a motion to modify the scheduling order in this case to allow them an additional ten days to file a motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Defendants' motion to modify the scheduling order in this case (ECF No. 49) is granted;

　　　2. Defendants shall file any motion for summary judgment on or before March 31, 2016; and

　　　3. Except as stated in this order, the court's June 23, 2015, scheduling order remains in effect.

DATED: March 28, 2016

　　　　　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE