IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL STEINOCHER,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CHRISTOPHER SMITH, et al.,**<br><br>　　　　　　　　　　Defendants. | No. 2:12-cv-00467 JAM-DB P<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR THREE-DAY EXTENSION TO FILE REPLY BRIEF** |

　　　Good cause appearing, Defendants' motion (ECF No. 64) for a three-day extension to file their reply to Plaintiff's opposition to their motion for summary judgment is GRANTED. Defendants' reply filed August 5, 2016 is deemed timely filed.

　　　IT IS SO ORDERED.

DATED:  August 26, 2016　　　　　　　　　　/s/  DEBORAH BARNES
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/stei0467.reply eot

1